UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 12-23205-Civ-COOKE/TURNOFF

JORGE ALBERTO MORA,

        Plaintiff,

vs.

SERVISAIR, LLC, and OSCAR TURCIOS,

        Defendants.
_____/

**JOINT MOTION FOR ENLARGEMENT OF DEADLINES WITHIN WHICH TO COMPLETE FACT DISCOVERY, FILE DISPOSITIVE MOTIONS, AND COMPLETE MEDIATION**

Plaintiff, Jorge Alberto Mora and all opt-in Plaintiffs ("Plaintiffs") and Defendants, Servisair LLC and Oscar Turcios (collectively referred to as "Defendants"), by and through their undersigned counsel, jointly move this Court for an order enlarging the deadlines within which to complete fact discovery, file dispositive motions, and complete mediation by sixty (60) days, and state as follows:

1. On September 4, 2012, the above-named Plaintiff filed the instant Collective Action Complaint seeking unpaid overtime compensation and wages pursuant to the Fair Labor Standards Act.

2. On October 23, 2012, this Court entered its Order Setting Civil Jury Trial Date and Pretrial Deadlines and Order Referring to Magistrate ("Scheduling Order") (D.E. 18). Pursuant to the Scheduling Order, the Parties must complete fact discovery by March 25, 2013, file all pretrial motions and memoranda of law by April 1, 2013, and mediate this matter by April 23, 2013.

3. On November 21, 2012, the Plaintiff filed his Motion to Authorize Notice to Potential Class Members and Incorporated Memorandum of Law ("Motion for Certification") (D.E. 31), which was fully briefed by January 28, 2013.

4. The Parties attended oral argument on the Motion for Certification before Magistrate Judge William C. Turnoff on January 30, 2013. The Court has not ruled on Plaintiff's Motion for Certification as of today's date.

5. The Court's ruling on the Plaintiff's Motion for Certification will significantly impact the scope and time required for discovery Parties' litigation strategy in this matter as well as the potential resolution of the case.

6. Further, in a related action styled <u>Carlos Barahona and Walter Guevara v. Servisair, LLC and Oscar Turcios</u>, 12-24278-CIV-LENARD/O'SULLIVAN, the Parties have been scheduled to attend a mandatory early settlement conference before Magistrate Judge O'Sullivan on March 21, 2013. Because both cases are related, the Parties will attempt to resolve both cases at the settlement conference. As such, the Parties require additional time within which to complete discovery in this matter, mediate the case, and file dispositive motions.

7. The Parties have made every effort to complete discovery by the March 25, 2013 deadline. To that end, the Parties have exchanged document discovery and have attempted to schedule depositions. However, the Parties will be unable to complete fact discovery or mediate this matter by the respective deadlines for multiple reasons:

    a. First, Defendants had scheduled the depositions of the named Plaintiff as well as an opt-in Plaintiff, but due to Plaintiffs' counsel's schedule, the depositions had to be cancelled. The Parties are in the process of rescheduling these depositions.

    b. Additionally, despite the Parties' diligent efforts to obtain mediation dates prior to the April 23, 2013 deadline, due to the number of Plaintiffs in this matter (1 named Plaintiff and 13 opt-ins), and conflicts in the mediator's schedule as well as the schedule of counsel, the Parties will not be able to mediate this matter by the current deadline.

    c. Finally, and more importantly, the Parties will attempt to reach a global resolution to the claims raised by the Plaintiffs in this matter as well as those raised by the Plaintiffs in the <u>Barahona</u> matter during the settlement conference scheduled for March 21, 2013 in <u>Barahona</u>

  8. By structuring the remaining discovery as proposed herein, the Parties hope to limit the unnecessary consumption of the clients' resources and to streamline the issues to be presented to the Court. Further, the enlargement requested herein would not impact the current trial calendar and the case might be resolved during the settlement conference scheduled in the related <u>Barahona</u> matter.

  9. Rule 6(b) of the Federal Rules of Civil Procedure provides, in pertinent part, that when an act may or must be done within a specified time "the court may, for good cause, extend the time . . . if a request is made, before the original time or its extension expires . . . ." MV Transportation submits that the foregoing constitutes sufficient good cause to extend the remaining court deadlines as requested.

  10. Should the Court grant this motion, the adjusted deadlines would be as follows:

3

- **May 24, 2013** – All <u>fact</u> discovery must be completed.

- **May 31, 2013** – All dispositive pretrial motions and memoranda of law must be filed.

- **June 24, 2013** – Mediation must be completed.

11. The undersigned certify that this Motion is not made to delay these proceedings and that it is in the interest of justice to grant the requested, unopposed enlargement.

**WHEREFORE**, the Parties respectfully request a 60-day enlargement of the deadlines within which to complete fact discovery, file dispositive motions, and complete mediation.

Dated: March 6, 2013
Miami, Florida

Respectfully Submitted,

Andrew I. Glenn
Florida Bar No.: 577261
E-mail: AGlenn@JaffeGlenn.com
Jodi J. Jaffe
Florida Bar No.: 865516
E-mail: JJaffe@JaffeGlenn.com
Jaffe Glenn Law Group, P.A.
12000 Biscayne Blvd., Suite 707
Miami, FL 33181
Telephone: (305) 726-0060
Facsimile: (305) 726-0046
Attorneys for Plaintiffs

By: /s/Andrew I. Glenn

Tasos C. Paindiris, Esq.
Florida Bar No.: 41806
E-mail: PaindirisT@JacksonLewis.com
Anisley Tarragona, Esq.
Florida Bar No.: 51626
E-mail: Anisley.Tarragona@JacksonLewis.com
Jackson Lewis LLP
One Biscayne Tower, Suite 3500
2 South Biscayne Blvd.
Miami, Florida 33131
Telephone: (305) 577-7600
Facsimile: (305) 373-4466
Attorneys for Defendants

By: /s/Anisley Tarragona

CASE NO: 12-23205-Civ-COOKE/TURNOFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document is being served this day via transmission of Notices of Electronic Filing generated by CM/ECF on March 6th, 2013 on all counsel of record on the service list below.

/s/ Anisley Tarragona, Esq.
Anisley Tarragona, Esq.

## SERVICE LIST

| | |
|---|---|
| Andrew I. Glenn, Esq.<br>Florida Bar No.: 577261<br>Email: AGlenn@JaffeGlenn.com<br>Jodi J. Jaffe, Esq.<br>Florida Bar No: 865516<br>Email: jjaffe@JaffeGlenn.com<br>Jaffe Glenn Law Group, P.A.<br>12000 Biscayne Blvd., Suite 707<br>Miami, Florida  33181<br>Telephone:  (305) 726-0060<br>Facsimile:   (305) 726-0046<br>ATTORNEYS FOR PLAINTIFFS | Tasos C. Paindiris, Esq.<br>Florida Bar No.:  41806<br>E-mail:  PaindirisT@JacksonLewis.com<br>Anisley Tarragona, Esq.<br>Florida Bar No.:  51626<br>E-mail:  Tarragoa@JacksonLewis.com<br>Jackson Lewis LLP<br>One Biscayne Tower<br>2 South Biscayne Boulevard, Suite 3500<br>Miami, FL 33131<br>Telephone:  (305) 577-7600<br>Facsimile:  (305) 373-4466<br>ATTORNEYS FOR DEFENDANTS |